**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-6421

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RICKY LEE VANCE,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge.  (CR-94-22, CA-97-316-R)

Submitted:  July 22, 1998        Decided:  August 7, 1998

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Ricky Lee Vance, Appellant Pro Se.  Steven Randall Ramseyer, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ricky Lee Vance seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998), his motion for reconsideration, and his motion to amend. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Vance, Nos. CR-94-22; CA-97-316-R (W.D. Va. Feb. 25, 1998). We decline to consider Vance's claims that were raised for the first time on appeal. See Spencer v. Murray, 5 F.3d 758, 762 (4th Cir. 1993) (finding that petitioner cannot raise claims for the first time on appeal absent a showing of cause and prejudice or actual innocence). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2